IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CONSTRUCTION INDUSTRY LABORERS PENSION FUND, CENTRAL LABORERS' PENSION FUND, LAWRENCE MILES, AND BRIAN SEAVITT, derivatively on behalf of SOLARWINDS CORPORATION, | § § § § § § § § | No. 411, 2022 |
| Plaintiffs Below, Appellants, | § § § | Court Below: Court of Chancery of the State of Delaware |
| v. | § § | |
| MIKE BINGLE, WILLIAM BOCK, SETH BORO, PAUL J. CORMIER, KENNETH Y. HAO, MICHAEL HOFFMAN, DENNIS HOWARD, CATHERINE R. KINNEY, JAMES LINES, EASWARAN SUNDARAM, KEVIN B. THOMPSON, JASON WHITE, MICHAEL WIDMANN, | § § § § § § § § § § § | C.A. No. 2021-0940 |
| Defendants Below, Appellees, | § § | |
| and | § § | |
| SOLARWINDS CORPORATION, | § § | |
| Nominal Defendant Below, Appellee. | § § | |

Submitted: April 26, 2023
Decided: May 17, 2023

Before **SEITZ**, Chief Justice; **VALIHURA**, and **TRAYNOR**, Justices.

# O R D E R

Now this 17th day of May 2023, the Court having considered this matter on the

briefs and oral arguments of the parties and the record below and having concluded that

the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated September 6, 2022, and its Final Order and Judgment dated October 13, 2022;

NOW THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery be and the same hereby is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice